JARED M. KATZ (SBN 173388)
Email:  jkatz@mullenlaw.com
**MULLEN & HENZELL L.L.P.**
112 East Victoria Street
Santa Barbara, CA  93101-2019
Telephone:    (805) 966-1501
Facsimile:    (805) 966-9204

Attorneys for Defendant Unicold Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHMOND WHOLESALE MEAT CO., a California corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNICOLD CORPORATION, a Hawaiian corporation,<br><br>　　　　　　　　　Defendant. | Case No. CV 13 02055 MEJ<br><br>**REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE; PROPOSED ORDER**<br><br>**Date:  August 8, 2013**<br>**Time:  10:00 a.m.**<br>**Place: Courtroom B, 15th Floor** |

Pursuant to Local Rule 16-10(a), Unicold Corporation requests that its counsel, Jared Katz, be permitted to participate by telephone in the Initial Case Management Conference on August 8, 2013, at 10:00 a.m.  A proposed order follows this request.

Dated:  July 16, 2013

　　　　　　　　　　　　　　　　JARED M. KATZ
　　　　　　　　　　　　　　　　**MULLEN & HENZELL L.L.P.**


　　　　　　　　　　　　　　　　By:  /s/ Jared M. Katz
　　　　　　　　　　　　　　　　Attorneys for Defendant Unicold Corporation

## ~~PROPOSED~~ ORDER

The request is so ordered.  ~~[The request is denied.]~~

Dated:  __July 17, 2013__　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES ~~~~

*IT IS SO ORDERED*
*Judge Maria-Elena James*

G:\20539\0009\PLEAD\GS5860.DOCX

REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE
BY TELEPHONE; PROPOSED ORDER