1  ADAM C. BROWN (SBN 161951)
   ANDREA R. SHEARER (SBN 265421)
2  **HILL RIVKINS BROWN & ASSOCIATES**
   A Professional Law Corporation
3  11140 Fair Oaks Boulevard, Suite 100
   Fair Oaks, CA 95628
4  Telephone:  (916) 535-0263
   Facsimile:  (916) 535-0268
5
   Attorneys for Plaintiff,
6  RICHMOND WHOLESALE MEAT CO.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 RICHMOND WHOLESALE MEAT CO., a    ) Case No.: CV 13 02055
   California corporation             )
12                                    ) **REQUEST TO PARTICIPATE IN THE**
              Plaintiff,               ) **CASE MANAGEMENT CONFERENCE**
13                                    ) **BY TELEPHONE; [PROPOSED] ORDER**
       vs.                             )
14                                    ) **Date:**       **August 8, 2013**
   UNICOLD CORPORATION, a Hawaiian    ) **Time:**       **10:00 a.m.**
15 corporation                         ) **Courtroom:**  **B, 15th Floor**
                                       )
16            Defendant.               )

17       Pursuant to Local Rule 16-10(a), Richmond Wholesale Meat Co. requests that its

18 counsel, Andrea Shearer, be permitted to participate by telephone in the Initial Case

19 Management Conference on August 8, 2013, at 10:00 a.m.  A proposed Order follows this

20 request.

21  Date: July 25, 2013                    HILL RIVKINS BROWN & ASSOCIATES
                                            A Professional Law Corporation
22

23                                          By:  /s/ Andrea R. Shearer
                                                 ANDREA R. SHEARER
24                                               Attorneys for Plaintiff
                                                 RICHMOND WHOLESALE MEAT CO.
25
                          **[PROPOSED] ORDER**
26
        The request is so ordered.  [The request is denied.]
27 Dated: July 29, 2013
                                            _____
28                                          UNITED STATES MAGISTRATE JUDGE

                                       1
**REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE**