ADAM C. BROWN (SBN 161951)
ANDREA R. SHEARER (SBN 265421)
**HILL RIVKINS BROWN & ASSOCIATES**
A Professional Law Corporation
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
Telephone: (916) 535-0263
Facsimile: (916) 535-0268

Attorneys for Plaintiff,
RICHMOND WHOLESALE MEAT CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHMOND WHOLESALE MEAT CO., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>UNICOLD CORPORATION, a Hawaiian corporation<br><br>Defendant. | Case No.: CV 13 02055<br><br>**REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE; [PROPOSED] ORDER**<br><br>**Date:** August 8, 2013<br>**Time:** 10:00 a.m.<br>**Courtroom:** B, 15th Floor |

Pursuant to Local Rule 16-10(a), Richmond Wholesale Meat Co. requests that its counsel, Andrea Shearer, be permitted to participate by telephone in the Initial Case Management Conference on August 8, 2013, at 10:00 a.m. A proposed Order follows this request.

Date: July 25, 2013

HILL RIVKINS BROWN & ASSOCIATES
A Professional Law Corporation

By: /s/ Andrea R. Shearer
ANDREA R. SHEARER
Attorneys for Plaintiff
RICHMOND WHOLESALE MEAT CO.

**[PROPOSED] ORDER**

The request is so ordered. [The request is denied.]
Dated: July 29, 2013

_____
UNITED STATES MAGISTRATE JUDGE

Judge Maria-Elena James

REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE