ADAM C. BROWN (SBN 161951)
ANDREA R. SHEARER (SBN 265421)
**HILL RIVKINS BROWN & ASSOCIATES**
**A Professional Law Corporation**
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
Telephone: (916) 535-0263
Facsimile: (916) 535-0268

Attorneys for Plaintiff,
RICHMOND WHOLESALE MEAT CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHMOND WHOLESALE MEAT CO., a California corporation<br><br>       Plaintiff,<br><br>   vs.<br><br>UNICOLD CORPORATION, a Hawaiian corporation<br><br>       Defendant. | Case No.: CV 13 02055<br><br>**STIPULATION AND ORDER TO AMEND PLAINTIFFS' COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that this Court may allow Plaintiffs, RICHMOND WHOLESALE MEAT CO. to file its Amended Complaint, A copy of which is attached hereto as Exhibit A.

It is further stipulated that Defendant UNICOLD CORPORATION waives notice of personal service of the amended complaint and accepts service via the court's electronic service.

It is further stipulated that Defendant UNICOLD CORPORATION's prior Answer in this action be deemed its Answer to the Amended Complaint.

Date: September 5, 2013                         HILL RIVKINS BROWN & ASSOCIATES
                                                A Professional Law Corporation


                                                By:  /s/ Andrea R. Shearer
                                                     ANDREA R. SHEARER
                                                     Attorneys for Plaintiff
                                                     RICHMOND WHOLESALE MEAT CO.

---
1
STIPULATION AND ORDER TO AMEND PLAINTIFFS' COMPLAINT

Date: September 5, 2013                    MULLEN & HENZELL L.L.P.


By:  /s/ Jared M. Katz
    JARED M. KATZ
    Attorneys for Defendant
    UNICOLD CORPORATION

**ORDER**

    Good Cause appearing, Plaintiff RICHMOND WHOLESALE MEAT CO. is hereby permitted to filed the proposed Amended Complaint attached hereto at Exhibit A.

Date: ; 17 14235

Maria-Elena James
United States Magistrate Judge

*GRANTED — Judge Maria-Elena James*

STIPULATION AND ORDER TO AMEND PLAINTIFFS' COMPLAINT

2