ADAM C. BROWN (SBN 161951)
ANDREA R. SHEARER (SBN 265421)
**HILL RIVKINS BROWN & ASSOCIATES**
**A Professional Law Corporation**
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
Telephone: (916) 535-0263
Facsimile: (916) 535-0268

Attorneys for Plaintiff,
RICHMOND WHOLESALE MEAT CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHMOND WHOLESALE MEAT CO., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>UNICOLD CORPORATION, a Hawaiian corporation<br><br>Defendant. | Case No.: CV 13 02055<br><br>**STIPULATION AND ORDER TO AMEND PLAINTIFFS' COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that this Court may allow Plaintiffs, RICHMOND WHOLESALE MEAT CO. to file its Amended Complaint, A copy of which is attached hereto as Exhibit A.

It is further stipulated that Defendant UNICOLD CORPORATION waives notice of personal service of the amended complaint and accepts service via the court's electronic service.

It is further stipulated that Defendant UNICOLD CORPORATION's prior Answer in this action be deemed its Answer to the Amended Complaint.

Date: September 5, 2013

HILL RIVKINS BROWN & ASSOCIATES
A Professional Law Corporation

By: /s/ Andrea R. Shearer
ANDREA R. SHEARER
Attorneys for Plaintiff
RICHMOND WHOLESALE MEAT CO.

| | |
|---|---|
| Date: September 5, 2013 | MULLEN & HENZELL L.L.P. |

                                                By: /s/ Jared M. Katz
                                                    JARED M. KATZ
                                                    Attorneys for Defendant
                                                    UNICOLD CORPORATION

**ORDER**

    Good Cause appearing, Plaintiff RICHMOND WHOLESALE MEAT CO. is hereby permitted to filed the proposed Amended Complaint attached hereto at Exhibit A.

Date: ; 17 14235

GRANTED
Judge Maria-Elena James

Maria-Elena James
United States Magistrate Judge

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)*